# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| PAULA MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 20-00695-CV-W-FJG |
| DENNIS McDONOUGH, SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS, *et al.*, | ) ) ) ) |
| Defendant. | ) |

## MOTION TO ENLARGE ANSWER DATE

Pursuant to Fed. R. Civ. P. 6, defendants Dennis McDonough, Secretary of the Department of Veterans Affairs, and the Department of Veterans Affairs (collectively "the VA"), respectfully move the Court for an order enlarging their time to answer or otherwise respond to the COMPLAINT filed herein by plaintiff Paula Moore ("Moore") by one week or to and including Monday, January 10, 2022. In support of this motion, the VA states:

1. On or about August 28, 2020, Moore filed her COMPLAINT. Doc.1.

2. On or about November 1, 2021, Moore served her lawsuit on the local United States Attorney's office meaning a responsive pleading was due from the VA on or about January 3, 2022. Doc. 1.

3. Due to an oversight, the answer date was not docketed in the United States Attorney's office.

4. No proceedings of substance have transpired in the case since January 3, 2022 and the VA believes that the interests of justice and judicial economy are best served by setting a new answer date.

For the foregoing reasons, defendants Dennis McDonough, Secretary of the Department of Veterans Affairs, and the Department of Veterans Affairs respectfully request that the Court enter an order enlarging the VA's time to answer or otherwise respond to the COMPLAINT filed herein by plaintiff Paula Moore by one week or to and including Monday, January 10, 2022.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By   /s/ Jeffrey P. Ray

Jeffrey P. Ray
Deputy United States Attorney
Missouri Bar No. 35632

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, MO 64106
(816) 426-4300   FAX: (816) 426-3165
E-MAIL: jeffrey.ray@usdoj.gov

ATTORNEYS FOR DEFENDANTS DENNIS McDONOUGH, SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS, and THE DEPARTMENT OF VETERANS AFFAIRS