# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| PAULA MOORE, | ) |
| Plaintiff, | ) ) ) Case No. 4:20-cv-00695 |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, ROBERT L. WILKIE, and SECRETARY OF VETERANS AFFAIRS, | ) ) ) ) ) |
| Defendants. | |

# CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 26(a), plaintiff certifies that on this 17th day of October 2022 a true copy of Plaintiff's Rule 26 Disclosures was served on defendant by emailing a copy of the same via Defendant's counsel of record to:

Jeffrey Ray
Email: Jeffrey.ray@usdoj.gov

Respectfully submitted,

   /s/Nimrod T. Chapel, Jr
Nimrod T. Chapel, Jr.  #46875
The Chapel Law Group
311 West Dunklin
Jefferson City, MO 65101
Phone 573-303-0405
Fax 573-303-9709
Email  nimrod@chapellaw.com
ATTORNEY FOR PLAINTIFF